SIEFTER, Respondent, v. AMERICAN BONDING CO. OF BALTIMORE, Appellant. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by Frederick Siefter against the American Bonding Company of Baltimore. No opinion. Motion granted. See, also, 143 N. Y. Supp. 1143.

SKALA, Appellant, v. E. BAILEY & SONS, Respondents. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by Mary Skala, as administratrix, etc., of Stephen Skala, deceased, against E. Bailey & Sons. No opinion. Judgment unanimously affirmed, with costs.

In re SMITH. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) In the matter of Whitmel H. Smith, an attorney. No opinion. Matter referred to Hon. Josiah T. Marean, official referee; to take testimony and report, with his opinion.

SMITH, Appellant, v. RUBEL, Respondent. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Robert S. Smith against Max Rubel. H. Nathan, of New York City, for appellant. M. J. O'Brien, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 156 App. Div. 943, 141 N. Y. Supp. 1147.

SMITH, Respondent, v. TARANTO, Appellant. (Supreme Court, Appellate Division, Second Department. September 23, 1913.) Action by Thomas F. Smith against Anthony J. Taranto.

PER CURIAM. Order (140 N. Y. Supp. 794) affirmed, without costs, on plaintiff filing an undertaking in the sum of $250 within 10 days after the service of copy of order to be entered herein, with notice of entry; but, if such undertaking should not be so filed, the order is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

SMITH v. WESTERN PAC. RY. CO. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Charles E. W. Smith against the Western Pacific Railway Company. No opinion. Motion granted. No question certified, but certificate made which is provided for by section 191, subd. 2, of the Code of Civil Procedure. Order filed. See, also, 154 App. Div. 130, 139 N. Y. Supp. 129.

SNARE & TRIEST CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the Snare & Triest Company against the City of New York. H. M. Hitchings, of New York City, for appellant. W. E. C. Mayer, of Brooklyn, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SQUIBB v. NEUBERGER et al. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Appeal from Special Term, New York County. Action by Charles F. Squibb against David M. Neuberger and others. From an order denying his motion to make the complaint more definite and certain, the defendant named appeals. Reversed. George E. Joseph, of New York City, for appellant. Carl S. Stern, of New York City, for respondent.

PER CURIAM. The order appealed from is reversed, with $10 costs and disbursements, and the plaintiff required to make the fifth, sixth, seventh, and ninth paragraphs of the complaint more definite and certain by stating whether the agreement of trust therein alleged was oral or in writing, the date thereof, and, if in writing, to annex a copy thereof to the complaint, and, if not in writing, to state the substance of the agreement.

STANDING v. BRADY. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Percy D. Standing against William A. Brady. No opinion. Motion denied, with $10 costs. Order filed. See, also, 157 App. Div. 657, 142 N. Y. Supp. 656.

In re STANTON. (Supreme Court, Appellate Division, First Department. November 14, 1913.) In the matter of George P. Stanton. No opinion. Application granted and respondent disbarred. Settle order on notice.

STAR CO., Respondent, v. PRESS PUB. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the Star Company against the Press Publishing Company and others. H. Taylor, of New York City, for appellants. S. Untermyer, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN and SCOTT, JJ., dissent.

STARK, Respondent, v. ATLANTIC, GULF, & PACIFIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Norman Stark against the Atlantic, Gulf & Pacific Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re STATE BANK OF PIKE. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) In the matter of the State Bank of Pike. No opinion. Order affirmed, with $10 costs and disbursements.

STERLING SECURITIES CO., Appellant, v. THAMES LOAN & TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the Sterling Securities Company against the Thames Loan & Trust Company. J. C. Guggenheimer, of New York City, for appellant. W. H. Ford,